IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-12-0769 |
| § | |
| ANTHONY JOSEPH JENKINS, § | |
| § | |
| Defendant. § | |

## ORDER

The defendant's Motion to Correct Sentence is granted in part and denied in part. The sentence is modified to include a recommendation that the defendant serve his sentence as close to Houston, Texas as possible.

The request to modify the sentence by striking the condition that the defendant participate in mental health and sex offender treatment and adding a revised condition is denied. The language included does not delegate to the Probation Office the authority to decide if certain treatment is needed. Rather, the language requires the defendant to be evaluated by a treatment provider and, if that provider finds it necessary, to participate in the treatment program. The reference to the Probation Officer's approval does not delegate to that officer the authority to decide whether the defendant will be required to participate in a program.

SIGNED on June 19, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge